# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**Alpha Insulation & Water Proofing, Inc.,**

v.                                              Case No. 2:20-cv-5938

**Gary J. Hamilton,**                           Judge Michael H. Watson

**Defendant.**                                  Magistrate Judge Vascura

## OPINION AND ORDER

On January 19, 2021, Magistrate Judge Vascura issued a report and recommendation ("R&R") recommending the Court remand this action back to the Court of Common Pleas for Franklin County, Ohio. R&R, ECF No. 15.

The R&R notified the parties of their right to object to the same and that failure to do so would amount to waiver of the right to *de novo* review by the Undersigned as well as waiver of the right to appeal the Undersigned's adoption of the R&R. *Id.* at 10. The deadline for filing objections has passed, and none were filed.

As such, the Court **ADOPTS** the R&R without further review and **REMANDS** this case to the Court of Common Pleas for Franklin County, Ohio.

**IT IS SO ORDERED.**

                                               */s/ Michael H. Watson*
                                               **MICHAEL H. WATSON, JUDGE**
                                               **UNITED STATES DISTRICT COURT**